AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM A. CEPIN, JR.<br>*Defendant* | )<br>)<br>) Case No. 2:24-MJ-1094-1BO<br>)<br>) RECEIVED<br>) By USMS-E/NC at 4:13 pm, Oct 08, 2024<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* William A. Cepin, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment  ❐ Superseding Indictment  ❐ Information  ❐ Superseding Information  ❐ Complaint
❐ Probation Violation Petition  ❐ Supervised Release Violation Petition  ☑ Violation Notice  ❐ Order of the Court

This offense is briefly described as follows:

CALLED AND FAILED TO APPEAR BEFORE U.S. DISTRICT JUDGE TERRENCE BOYLE IN ELIZABETH CITY, N.C. ON SEPTEMBER 9, 2024:

Count 1: Operating Vehicle Off Established Designated Routes, in violation of 36 CFR 4.10(a)

PETER A. MOORE, JR., CLERK OF COURT

Date: 10/03/2024

*Issuing officer's signature*

City and state: ELIZABETH CITY, NC

DONNA RUDD, DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*